IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Cynthia | Case Number:  07 B 03340 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  2/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,351.00 | |
| Secured: | | 667.88 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,556.17 |
| Trustee Fee: | | 126.95 |
| Other Funds: | | 0.00 |
| Totals: | 2,351.00 | 2,351.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 1,556.17 |
| 2. | Robert J Semrad & Associates | Administrative | 687.50 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 9,897.02 | 667.88 |
| 4. | Art Instruction Schools | Unsecured | 308.25 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 5,169.94 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 686.63 | 0.00 |
| 7. | Nicor Gas | Unsecured | 1,521.82 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,268.74 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 0.00 |
| 10. | Allied Interstate | Unsecured | | No Claim Filed |
| 11. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | EZ Phone | Unsecured | | No Claim Filed |
| 16. | IC System Inc | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Walonick Consulting Company | Unsecured | | No Claim Filed |
| 19. | Mirna Allen & Michael Simkunas | Unsecured | | No Claim Filed |
| 20. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 23. | Southwest Credit Union | Unsecured | | No Claim Filed |
| 24. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 25. | Loyola University Medical Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Cynthia | Case Number: 07 B 03340 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 2/26/07 |

```
                                          _____      _____
                                          $ 22,044.90      $ 2,224.05
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 126.95 |
| | _____ |
| | $ 126.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_ _____